IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DISCOVERY COMMUNICATIONS, INC.,<br><br>      Defendant. | CASE NO. 6:15-CV-227-RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF DEFENDANT DISCOVERY COMMUNICATIONS, INC., PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Discovery Communications, Inc., hereby stipulate to dismiss with prejudice all claims against Defendant Discovery Communications, Inc., in the above captioned action. Each party is to bear its own attorneys' fees and costs.

A proposed order is attached.

DATED: August 27, 2015		Respectfully Submitted,

By:*/s/Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**

*/s/ Jason C. Lo with permission*

Michael C. Smith
Texas Bar No. 18650410
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
113 East Austin Street
P.O. Box 1556
Marshall, TX 75671
Telephone: (903) 938-8900
Facsimile: (903) 767-4620
Email: michaelsmith@siebman.com

Jason C. Lo
Email: jlo@gibsondunn.com
Raymond A. LaMagna
Email: rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

**ATTORNEYS FOR DEFENDANT DISCOVERY COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of August, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
Charles Ainsworth